UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARA CONNELLY and RICHARD BRYAN WILSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

CASE NO.: 5:26-cv-00539-JSS PRL

vs.

LGI HOMES, INC., LOANDEPOT, INC., and LGI MORTGAGE SOLUTIONS, LLC,

Defendants.
_________________________________/

**UNOPPOSED AGREED MOTION FOR EXPANSION OF PAGE LIMITATION FOR DEFENDANTS' INITIAL MOTIONS ADDRESSING COMPLAINT AND PLAINTIFFS' RESPONSES AND EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSES**

All Parties hereby move for a reciprocal 10-page expansion of the page limitation for: (1) Defendant LGI Homes, Inc.'s omnibus motion directed to the Complaint; (2) Defendant loanDepot, Inc.'s and Defendant LGI Mortgage Solutions, LLC's joint omnibus motion directed to the Complaint; and (3) Plaintiffs' Responses to each of the motions filed by Defendants. In addition, Plaintiffs request, and Defendants do not oppose, an extension of time to respond to each of Defendants' motions, giving Plaintiffs 30 days to respond to each such motion. This motion is being submitted without waiver of or prejudice to any of Defendants' defenses, including on arbitrability or jurisdictional grounds.

As grounds therefore, the Parties state as follows:

1. On July 29, 2026, Plaintiffs, MARA CONNELLY and RICHARD BRYAN WILSON, on behalf of themselves and all others similarly situated, ("collectively referred to as "Plaintiffs"), filed their Complaint.

2. The 70-page Complaint includes 208 numbered paragraphs, asserts putative class action claims, and four separate causes of action. The claims are premised on, among other things, alleged conduct involving marketing and promoting new homes, as well as Defendants' representations concerning various fees and costs of purchasing a home. Plaintiffs assert claims under Florida common law, the Florida Deceptive and Unfair Trade Practices Act, and the Truth-in-Lending Act.

3. Defendant LGI Homes, Inc. intends to file an omnibus Motion directed to the Complaint, therein moving to compel arbitration as to such claims subject to arbitration and to otherwise dismiss or stay remaining claims. Due to the complexity of the voluminous Complaint, the fact that there are two separate Plaintiffs each subject to their own governing contracts, and the lengthy sections of the contracts needing to be quoted within the motion, Defendant LGI Homes, Inc. finds it needs an additional 10 pages, for a total of 35 pages, to fully address and explain through legal argument that Plaintiffs' claims lack grounding in facts and law.

4. Defendant loanDepot, Inc. and Defendant LGI Mortgage Solutions, LLC intend to file a joint omnibus Motion directed to the Complaint. loanDepot, Inc. and LGI Mortgage Solutions, LLC also intend to move to compel arbitration or, in the alternative, to dismiss the claims asserted against them, including, as to loanDepot,

Inc., for lack of personal jurisdiction. Due to the complexity of the voluminous Complaint, the fact that loanDepot, Inc. and LGI Mortgage Solutions, LLC will be both moving to compel arbitration and moving to dismiss, and the necessity to quote from or refer to documents incorporated by reference in the Complaint, loanDepot, Inc. and LGI Mortgage Solutions, LLC find they need an additional 10 pages, for a total of 35 pages, to fully address and explain the arguments they will be raising in their forthcoming joint omnibus motion.

5. Plaintiffs have agreed to the requested additional 10 pages for the motions with Defendants' agreement to Plaintiffs being allowed an additional 10 pages, for a total of 30 pages, for their Responses to each such motion.

6. Although the motions have not yet been filed, Plaintiffs anticipate that each motion will address various legal issues and find they will need additional time to respond to the motions and are requesting they be allowed 30 days to respond. Defendants do not oppose Plaintiffs' request for additional time.

7. The Parties file this motion in good faith and without the intent to cause undue delay. All parties agree that no party will be prejudiced by the relief requested herein.

WHEREFORE the Parties together respectfully request the Court to enter an Order allowing Defendants an additional 10 pages for their respective motions addressing the Complaint, allowing Plaintiffs an additional 10 pages for their responses to the motions, and allowing Plaintiffs a total of 30 days to response to Defendants' omnibus motions.

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that counsel for each Defendant have conferred with counsel for Plaintiffs on September 14, 2026 regarding the relief requested in this Motion, and am authorized to state that Plaintiffs and all Defendants agree with the relief requested herein.

Dated: September 15, 2026

Respectfully submitted,


*/s/ Kelly Garcia*
T. Todd Pittenger – Lead Counsel
Florida Bar No. 768936
todd.pittenger@gray-robinson.com
Kelly J. H. Garcia
Florida Bar No.: 0694851
kelly.garcia@gray-robinson.com
**GRAYROBINSON, P.A.**
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: 407/843-8880
-and-
Mitchel H. Kider, *pro hac vice*
kider@thewbkfirm.com
Timothy P. Ofak, *pro hac vice*
ofak@thewbkfirm.com
WEINER BRODSKY KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011

*Counsel for Defendant LGI Homes, Inc.*

*/s/Zachary Madonia*
Lauren G. Raines (FBN: 11896)
lraines@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, FL 33602-5468
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

Zachary A. Madonia, *pro hac vice*
zmadonia@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8500
Facsimile: (205) 521-8800

*Counsel for Defendants loanDepot, Inc. and LGI Mortgage Solutions, LLC*

*/s/Eric Ostroff*
Eric W. Ostroff
Florida Bar No. 10130

eostroff@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Fax: (305) 358-1221
-and-
David Slarskey, *pro hac vice*
SLARSKEY LLC
825 Third Avenue, 32nd Floor
New York, NY 10022
(212) 658-0661
dslarskey@slarskey.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF, which shall serve copies on all attorneys of record.

*/s/ Kelly Garcia*
KELLY J. H. GARCIA
*Counsel for Defendant, LGI Homes, Inc.*