# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARA CONNELLY and RICHARD BRYAN WILSON, on and behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

LGI HOMES, INC., LOANDEPOT, INC., and LGI MORTGAGE SOLUTIONS, LLC,

*Defendants*.
_______________________________/

Case No.: 5:26-cv-00539-JSS-PRL

**DECLARATION OF CAREN TANK IN SUPPORT OF DEFENDANT LOANDEPOT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Caren Tank, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth in this declaration.

2. I serve as Senior Vice President of JV/Partnerships Operations of loanDepot.com, LLC ("loanDepot.com"). loanDepot.com is an indirect subsidiary of Defendant loanDepot, Inc. I have held this position since December 2019.

3. In my role, I am familiar with the residential mortgage loan lending activities of loanDepot.com, including the business records that loanDepot.com maintains in the ordinary course of business relating to residential mortgage loans.

4. I have reviewed the Complaint filed in the above-captioned action. I submit this Declaration in support of loanDepot, Inc.'s motion to dismiss the Complaint based for lack of personal jurisdiction.

## I. <u>loanDepot, Inc. had no involvement in Plaintiffs' transactions</u>

5. I have caused a review to be conducted of the records maintained in the ordinary course of business relating to the residential mortgage loans obtained by Plaintiffs Mara Connelly and Richard Bryan Wilson.

6. Attached to this declaration as **Exhibit 1** is a true and correct copy of the loan estimate dated August 29, 2024, that loanDepot.com provided to Plaintiff Connelly.

7. Attached to this declaration as **Exhibit 2** is a true and correct copy of the closing disclosure dated September 16, 2024, that loanDepot.com provided to Plaintiff Connelly.

8. Attached to this declaration as **Exhibit 3** is a true and correct copy of the loan estimate dated November 20, 2023, that loanDepot.com provided to Plaintiff Wilson.

9. Attached to this declaration as **Exhibit 4** is a true and correct copy of the closing disclosure dated December 8, 2023, that loanDepot.com provided to Plaintiff Wilson.

10. Based on that review, the residential mortgage loans obtained by Plaintiffs were originated by loanDepot.com, not loanDepot, Inc. loanDepot, Inc. was not the lender, originator, or a party to either loan.

11. loanDepot, Inc. did not communicate with either Plaintiff at any time. It did not take any application from either Plaintiff, obtain either Plaintiff's credit report, make any representation to either Plaintiff, or provide either Plaintiff with any document in connection with Plaintiffs' residential mortgage loans.

12. loanDepot, Inc. did not prepare, review, approve, or deliver any loan estimate, closing disclosure, HUD addendum, escrow analysis, uniform residential loan application, or other document provided to either Plaintiff.

13. loanDepot, Inc. did not establish or administer any escrow account for either Plaintiff and has never received any payment from either Plaintiff. The online portal available to Plaintiffs in connection with their mortgage loans is operated by loanDepot.com, not loanDepot, Inc.

## II. <u>loanDepot, Inc. does not control loanDepot.com's operations</u>

14. loanDepot, Inc. does not exercise day-to-day control over the internal affairs or basic operations of loanDepot.com.

15. loanDepot.com is responsible for its day-to-day business decisions.

16. loanDepot, Inc. does not make, direct, review, or approve loanDepot.com's specific lending decisions, underwriting decisions, loan pricing, or loan terms.

17. loanDepot. Inc. does not prepare, direct, review, or approve the consumer disclosures that loanDepot.com issues to borrowers.

18. loanDepot, Inc. does not direct, review, or approve loanDepot.com's advertising or marketing.

## III. loanDepot, Inc. and LGI Mortgage Solutions, LLC

19. LGI Mortgage Solutions, LLC ("LGI Mortgage") is a joint venture. loanDepot, Inc. is not a member of, and holds no direct ownership interest in, LGI Mortgage.

20. loanDepot, Inc. does not manage, direct, or control the operations of LGI Mortgage and does not participate in its business activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2026, at Chandler, Arizona.

Caren Tank

Caren Tank
SVP, JV/Partnerships Operations
loanDepot.com, LLC

# EXHIBIT 1

LOANDEPOT.COM, LLC
6561 IRVINE CENTER DRIVE · IRVINE, CA 92618

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| DATE ISSUED | 08/29/2024 |
| APPLICANTS | MARA CONNELLY |
| PROPERTY | |
| SALE PRICE | $345,000 |

| | |
|---|---|
| LOAN TERM | 30 years |
| PURPOSE | Purchase |
| PRODUCT | FIXED RATE |
| LOAN TYPE | ☐Conventional ☒FHA ☐VA ☐__________ |
| LOAN ID# | [redacted] |
| RATE LOCK | ☒NO ☐YES, until<br>*Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on* **09-11-2024 11:59:59 PM PDT** |

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $338,751 | **NO** |
| **Interest Rate** | 4.99% | **NO** |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,816.42 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| **Payment Calculation** | | **Years 1-30** |
|---|---|---|
| Principal & Interest | | $1,816.42 |
| Mortgage Insurance | + | 152 |
| Estimated Escrow<br>*Amount can increase over time* | + | 419 |
| **Estimated Total Monthly Payment** | | $2,387 |

| | | | |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments**<br>*Amount can increase over time* | $419<br>a month | **This estimate includes**<br>☒Property Taxes<br>☐Homeowner's Insurance<br>☐Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | **In escrow?**<br>**YES** |

## Costs at Closing

| | | |
|---|---|---|
| **Estimated Closing Costs** | $21,792 | Includes $10,877 in Loan Costs + $10,915 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| **Estimated Cash to Close** | $14,076 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

## Closing Cost Details

### Loan Costs

| A. Origination Charges | $400 |
|---|---|
| % of Loan Amount (Points) | |
| PROCESSING FEE | $400 |

| B. Services You Cannot Shop For | $6,795 |
|---|---|
| APPRAISAL FEE | $550 |
| CREDIT REPORT | $144 |
| FHA UP FRONT MIP | $5,826 |
| FLOOD CERTIFICATE FEE | $8 |
| MERS REGISTRATION FEE | $24 |
| REINSPECTION FEE | $175 |
| TAX SERVICE FEE | $68 |

| C. Services You Can Shop For | $3,682 |
|---|---|
| SURVEY FEE | $605 |
| TITLE–ABSTRACT FEE | $100 |
| TITLE–ENDORSEMENT FEE | $358 |
| TITLE–LENDER TITLE INSURANCE | $1,769 |
| TITLE–NOTARY FEE | $250 |
| TITLE–SETTLEMENT/CLOSING FEE | $600 |

| D. TOTAL LOAN COSTS (A + B + C) | $10,877 |
|---|---|

### Other Costs

| E. Taxes and Other Government Fees | $4,579 |
|---|---|
| Recording Fees and Other Taxes | $301 |
| Transfer Taxes | $4,278 |

| F. Prepaids | $834 |
|---|---|
| Homeowner's Insurance Premium ( months) | |
| Mortgage Insurance Premium ( months) | |
| Prepaid Interest ($46.31 per day for 18 days @ 4.99%) | $834 |
| Property Taxes ( months) | |

| G. Initial Escrow Payment at Closing | | $5,446 |
|---|---|---|
| Homeowner's Insurance | per month for mo. | |
| Mortgage Insurance | per month for mo. | |
| Property Taxes | $418.93 per month for 13 mo. | $5,446 |

| H. Other | $56 |
|---|---|
| TITLE–OWNER POLICY (OPTIONAL) | $56 |

| I. TOTAL OTHER COSTS (E + F + G + H) | $10,915 |
|---|---|

| J. TOTAL CLOSING COSTS | $21,792 |
|---|---|
| D + I | $21,792 |
| Lender Credits | |

### Calculating Cash to Close

| | |
|---|---|
| Total Closing Costs (J) | $21,792 |
| Closing Costs Financed (Paid from your Loan Amount) | $0 |
| Down Payment/Funds from Borrower | $6,249 |
| Deposit | -$1,000 |
| Funds for Borrower | $0 |
| Seller Credits | -$12,965 |
| Adjustments and Other Credits | $0 |
| **Estimated Cash to Close** | $14,076 |

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| LENDER | LOANDEPOT.COM, LLC | MORTGAGE BROKER | LGI MORTGAGE SOLUTIONS, LLC |
| NMLS / ___ LICENSE ID | 174457 | NMLS / ___ LICENSE ID | 2152984 |
| LOAN OFFICER | | LOAN OFFICER | CARRIE BUDDS |
| NMLS / ___ LICENSE ID | | NMLS / ___ LICENSE ID | 986463 |
| EMAIL | REQUESTINFO@LOANDEPOT.COM | EMAIL | CARRIE.BUDDS@LGIMORTGAGESOLUTIONS.COM |
| PHONE | (877) 431-0100 | PHONE | (877)388-8706 |

### Comparisons

Use these measures to compare this loan with other loans.

| | | |
|---|---|---|
| In 5 Years | $129,498<br>$27,725 | Total you will have paid in principal, interest, mortgage insurance, and loan costs.<br>Principal you will have paid off. |
| Annual Percentage Rate (APR) | 5.718% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| Total Interest Percentage (TIP) | 93.282% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

**You may receive a revised Loan Estimate at any time prior to 60 days before consummation.**

**Appraisal** We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost.

**Assumption** If you sell or transfer this property to another person, we
☒ will allow, under certain conditions, this person to assume this loan on the original terms.
☐ will not allow assumption of this loan on the original terms.

**Homeowner's Insurance** This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable.

**Late Payment** If your payment is more than *15* days late, we will charge a late fee of *4% of the overdue monthly principal and interest payment.*

**Refinance** Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Servicing** We intend
☐ to service your loan. If so, you will make your payments to us.
☒ to transfer servicing of your loan.

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

MARA CONNELLY 8/29/2024 01:09:16 PM MD
MARA CONNELLY Date

MARIAN CONNELLY 8/30/2024 08:30:08 AM MD
MARIAN CONNELLY Date

# Addendum to Loan Estimate

This Addendum includes **additional** information about the loan you have applied for. It does **not** replace any information disclosed on the Loan Estimate.

## APPLICANTS

MARIAN CONNELLY
[redacted]
PHILADELPHIA, PA 19144

# EXHIBIT 2

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

**Closing Information**

| | |
|---|---|
| **Date Issued** | 09/16/2024 |
| **Closing Date** | 09/16/2024 |
| **Disbursement Date** | 09/16/2024 |
| **Settlement Agent** | EMPOWER TITLE, LLC |
| **File #** | 24141293EFL |
| **Property** | [redacted] BROOKSVILLE, FL 34602 |
| **Sale Price** | $345,000 |

**Transaction Information**

| | |
|---|---|
| **Borrower** | MARA CONNELLY [redacted] 2 |
| **Seller** | LGI HOMES - FLORIDA, LLC 1450 LAKE ROBBINS DRIVE, STE 430 THE WOODLANDS, TX 77380 |
| **Lender** | LOANDEPOT.COM, LLC |

**Loan Information**

| | |
|---|---|
| **Loan Term** | 30 years |
| **Purpose** | Purchase |
| **Product** | FIXED RATE |
| **Loan Type** | ☐Conventional ☒FHA ☐VA ☐ ______ |
| **Loan ID #** | 400970972 |
| **MIC #** | 098-1867176-703 |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $338,751 | **NO** |
| **Interest Rate** | 4.99% | **NO** |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $1,816.42 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| **Payment Calculation** | | **Years 1-30** |
|---|---|---|
| Principal & Interest | | $1,816.42 |
| Mortgage Insurance | + | 151.57 |
| Estimated Escrow *Amount can increase over time* | + | 450.81 |
| **Estimated Total Monthly Payment** | | $2,418.80 |

| | | | |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments** *Amount can increase over time* *See page 4 for details* | $505.81 a month | **This estimate includes** | **In escrow?** |
| | | ☒ Property Taxes | **YES** |
| | | ☒ Homeowner's Insurance | **YES** |
| | | ☒ Other: HOMEOWNER ASSOCIATION DUES | **NO** |
| | | *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| **Closing Costs** | $18,840.37 | Includes $9,861.39 in Loan Costs + $8,978.98 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| **Cash to Close** | $14,075.00 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

## Closing Cost Details

| Loan Costs | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Seller-Paid At Closing | Seller-Paid Before Closing | Paid By Others |
|---|---|---|---|---|---|---|
| **A. Origination Charges** | | **$400.00** | | | | |
| % of Loan Amount (Points) | | | | | | |
| LENDER PAID BROKER COMP | to LGI MORTGAGE SOLUTIONS, LLC | | | | | (L) $9,485.03 |
| PROCESSING FEE | | $400.00 | | | | |
| **B. Services Borrower Did Not Shop For** | | **$9,461.39** | | | | |
| APPRAISAL FEE | to NELSON DIEZ AND ASSOCIATES, INC. | $550.00 | | | | |
| CREDIT REPORT | to CORELOGIC CREDCO | $144.00 | | | | |
| FHA UP FRONT MIP | to HUD | $5,826.19 | | | | |
| FLOOD CERTIFICATE FEE | to SERVICELINK NATIONAL FLOOD LLC | $8.00 | | | | |
| MERS REGISTRATION FEE | to MERS | $23.70 | | | | |
| TAX SERVICE FEE | to CORELOGIC | $68.00 | | | | |
| TITLE–ENDORSEMENT FEE | to EMPOWER TITLE, LLC | $282.50 | | | | |
| TITLE–LENDER TITLE INSURANCE | to EMPOWER TITLE, LLC | $1,769.00 | | | | |
| TITLE–NOTARY FEE | to BANCSERV | $175.00 | | | | |
| TITLE–SETTLEMENT/CLOSING FEE | to EMPOWER TITLE, LLC | $615.00 | | | | |
| **C. Services Borrower Did Shop For** | | | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$9,861.39** | | | | |
| Loan Costs Subtotals (A + B + C) | | $9,861.39 | | | | |

| Other Costs | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Seller-Paid At Closing | Seller-Paid Before Closing | Paid By Others |
|---|---|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$2,036.30** | | | | |
| Recording Fees | Deed: $18.50 Mortgage: $154.50 | $173.00 | | | | |
| INTANGIBLE TAX | | $677.50 | | | | |
| STATE TAX/STAMPS | | $1,185.80 | | | | |
| **F. Prepaids** | | **$1,803.00** | | | | |
| Homeowner's Insurance Premium (12 mo.) | to LGI INSURANCE SOLUTIONS, LLC | $970.85 | | | | |
| Mortgage Insurance Premium ( mo.) | | | | | | |
| Prepaid Interest ($46.31 per day from 9/16/24 to 10/1/24) | | $694.65 | | | | |
| Property Taxes ( mo.) | | | | | | |
| HOMEOWNERS ASSOCIATION DUES | (3 mo.) to TRILBY CROSSING HOA | $137.50 | | | | |
| **G. Initial Escrow Payment at Closing** | | **$4,889.68** | | | | |
| Homeowner's Insurance | $80.90 per month for 4 mo. | $323.60 | | | | |
| Mortgage Insurance | per month for mo. | | | | | |
| Property Taxes | $369.91 per month for 13 mo. | $4,808.83 | | | | |
| Aggregate Adjustment | | -$242.75 | | | | |
| **H. Other** | | **$250.00** | | | | |
| ESTOPPEL FEE | to REALMANAGE | $250.00 | | | | |
| HOME WARRANTY FEE (OPTIONAL) | to 2–10 HOME BUYERS WARRA | | | $50.00 | | |
| TITLE–OWNER POLICY (OPTIONAL) | to EMPOWER TITLE, LLC | | | $56.00 | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$8,978.98** | | | | |
| Other Costs Subtotals (E + F + G + H) | | $8,978.98 | | | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$18,840.37** | | | | |
| Closing Costs Subtotals (D + I) | | $18,840.37 | | $106.00 | | $9,485.03 |
| Lender Credits | | | | | | |

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $21,792.00 | $18,840.37 | **YES** • See **Total Loan Costs (D)** and **Total Other Costs (I)** |
| Closing Costs Paid Before Closing | $0 | $0 | **NO** |
| Closing Costs Financed (Paid from your Loan Amount) | $0 | $0 | **NO** |
| Down Payment/Funds from Borrower | $6,249.00 | $6,249.00 | **NO** |
| Deposit | -$1,000.00 | -$1,000.00 | **NO** |
| Funds for Borrower | $0 | $0 | **NO** |
| Seller Credits | -$12,965.00 | -$5,102.78 | **YES** • See **Seller-Paid** column on Page 2 and Seller Credits in **Section L** |
| Adjustments and Other Credits | $0 | -$4,911.59 | **YES** • See details in **Sections K** and **L** |
| **Cash to Close** | $14,077.00 | $14,075.00 | |

## Summaries of Transactions

Use this table to see a summary of your transaction.

### BORROWER'S TRANSACTION

| **K. Due from Borrower at Closing** | | **$363,859.37** |
|---|---|---|
| Sale Price of Property | | $345,000.00 |
| Sale Price of Any Personal Property Included in Sale | | |
| Closing Costs Paid at Closing (J) | | $18,840.37 |
| **Adjustments** | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| City/Town Taxes | to | |
| County Taxes | to | |
| Assessments | to | |
| NON AD VALOREMS 09/16/24 to 09/30/24 | | $19.00 |

| **L. Paid Already by or on Behalf of Borrower at Closing** | | **$349,784.37** |
|---|---|---|
| Deposit | | $1,000.00 |
| Loan Amount | | $338,751.00 |
| Existing Loan(s) Assumed or Taken Subject to | | |
| Seller Credit | | $5,102.78 |
| **Other Credits** | | |
| **Adjustments** | | |
| ADJUSTMENT FOR OWNER'S POLICY PAID BY SELLER | | $1,744.00 |
| **Adjustments for Items Unpaid by Seller** | | |
| City/Town Taxes | to | |
| County Taxes | 01/01/24 to 09/15/24 | $3,186.59 |
| Assessments | to | |

| **CALCULATION** | |
|---|---|
| Total Due from Borrower at Closing (K) | $363,859.37 |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | -$349,784.37 |
| **Cash to Close** ☒ **From** ☐ **To Borrower** | **$14,075.00** |

### SELLER'S TRANSACTION

| **M. Due to Seller at Closing** | | |
|---|---|---|
| Sale Price of Property | | |
| Sale Price of Any Personal Property Included in Sale | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| City/Town Taxes | to | |
| County Taxes | to | |
| Assessments | to | |

| **N. Due from Seller at Closing** | | |
|---|---|---|
| Excess Deposit | | |
| Closing Costs Paid at Closing (J) | | |
| Existing Loan(s) Assumed or Taken Subject to | | |
| Payoff of First Mortgage Loan | | |
| Payoff of Second Mortgage Loan | | |
| Seller Credit | | |
| **Adjustments for Items Unpaid by Seller** | | |
| City/Town Taxes | to | |
| County Taxes | to | |
| Assessments | to | |

| **CALCULATION** | |
|---|---|
| Total Due to Seller at Closing (M) | |
| Total Due from Seller at Closing (N) | |
| **Cash** ☐ **From** ☐ **To Seller** | |

## Additional Information About This Loan

[redacted]

**Assumption**
If you sell or transfer this property to another person, your lender
☒ will allow, under certain conditions, this person to assume this loan on the original terms.
☐ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

**Late Payment**
If your payment is more than *15* days late, your lender will charge a late fee of *4% of the overdue monthly principal and interest payment.*

**Negative Amortization** (Increase in Loan Amount)
Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
☒ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in
[redacted]

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

**Escrow Account**
***For now,*** your loan
☒ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $7,228.56 | Estimated total amount over year 1 for your escrowed property costs:<br>Hazard Insurance<br>Mortgage Insurance<br>County Property Taxes |
| Non-Escrowed Property Costs over Year 1 | $660.00 | Estimated total amount over year 1 for your non-escrowed property costs:<br>Homeowner Association Dues<br><br>You may have other property costs. |
| Initial Escrow Payment | $4,889.68 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $602.38 | The amount included in your total monthly payment. |

☐ will not have an escrow account because ☐ you declined it ☐ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

***In the future,***
Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $698,605.88 |
| **Finance Charge.** The dollar amount the loan will cost you. | $356,934.38 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $331,115.46 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 5.719% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 93.241% |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about

- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,

☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.

☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

## Contact Information

| | Lender | Mortgage Broker | Settlement Agent |
|---|---|---|---|
| **Name** | LOANDEPOT.COM, LLC | LGI MORTGAGE SOLUTIONS, LLC | EMPOWER TITLE, LLC |
| **Address** | 6561 IRVINE CENTER DRIVE<br>IRVINE, CA 92618 | 36175 PITCH LANE<br>HILLARD, FL 32046 | 1533 DALE MABRY HIGHW, SUITE 101<br>LUTZ, FL 33548 |
| **NMLS ID** | 174457 | 2152984 | |
| **FL License ID** | | | FLW636302 |
| **Contact** | AARON RODRIGUES | CARRIE BUDDS | LINDSAY PARK |
| **Contact NMLS ID** | | 986463 | |
| **Contact FL License ID** | | | E171353 |
| **Email** | AARODRIGUES@LOANDEPOT.COM | CARRIE.BUDDS@LGIMORTGAGESOLUTIONS.COM | FLLGI@EMPOWERTITLECO.COM |
| **Phone** | (888)337-6888 | (877)388-8706 | (813)678-2401 |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

Mara E. Connell 9/16/2024
MARA CONNELLY Date

Mara E. Connell for Marian L. Connell as attorney in fact 9/16/2024
MARIAN CONNELLY Date

# Addendum to Closing Disclosure

This Addendum includes **additional** information about the loan you have applied for. It does **not** replace any information disclosed on the Closing Disclosure.

**BORROWER**

MARIAN CONNELLY
[redacted]

American Land Title Association | ALTA Settlement Statement - Combined
Adopted 05-01-2015

**File No./Escrow No.:** [redacted]
**Print Date & Time:** 09/16/24 1:21 PM
**Officer/Escrow Officer:** Shannon Smith
**Settlement Location:**

Empower Title, LLC
**ALTA Universal ID:**
17425 Bridge Hill Court
Suite 204
Tampa, FL 33647

**Property Address:** [redacted] TRILBY CROSSING, County of Hernando, Florida
[redacted]

**Borrower:** Mara Connelly
[redacted]

**Seller:** LGI Homes - Florida, LLC
1450 Lake Robbins Drive, Ste 430
The Woodlands, TX 77380

**Lender:** LoanDepot.com, LLC, 6561 Irvine Center Drive, Irvine, CA, 92618
**Loan Number:** 400970972
**Settlement Date:** 09/16/2024
**Disbursement Date:** 09/16/2024
**Additional dates per state requirements:**

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $345,000.00 | Sale Price of Property | $345,000.00 | |
| | | Deposit | | $1,000.00 |
| | | Loan Amount | | $338,751.00 |
| $1,000.00 | | Excess Deposit | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $19.00 | Non Ad Valorems from 09/16/2024 thru 09/30/2024 | $19.00 | |
| $5,102.78 | | Seller Credit | | $5,102.78 |
| $3,186.59 | | County Taxes from 01/01/2024 thru 09/15/2024 | | $3,186.59 |
| | | | | |
| | | **Loan Charges to LoanDepot.com, LLC** | | |
| | | Lender Paid Broker Comp $9485.03 Paid by LoanDepot.com, LLC | | |
| | | Processing Fee | $400.00 | |
| | | Prepaid Interest $46.31 per day from 09/16/2024 to 10/01/2024) | $694.65 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee to LoanDepot.com, LLC | $550.00 | |
| | | Credit Report to CoreLogic Credco | $144.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | FHA Up Front MIP to HUD | $5,826.19 | |
| | | Flood Certificate Fee to ServiceLink National Flood | $8.00 | |
| | | MERS Registration Fee to MERS | $23.70 | |
| | | Reinspection Fee to LoanDepot.com, LLC | | |
| | | Tax Service Fee to CoreLogic | $68.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $80.90 per month for 4 mo. | $323.60 | |
| | | Property Taxes $369.91 per month for 13 mo. | $4,808.83 | |
| | | Aggregate Adjustment | -$242.75 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Escrow/Settlement Fee to Empower Title, LLC | $615.00 | |
| | | Title - FL Form 9 to Empower Title, LLC | $182.50 | |
| | | Title - Lender's Title Insurance($1,769.00) to Empower Title, LLC | $25.00 | |
| | | Title - Notary Fee to Bancserv | $175.00 | |
| $85.00 | | Title - Search Fee to Alliant National Title Insurance Company | | |
| $1,800.00 | | Title - Owner's Title Insurance($56.00) to Empower Title, LLC | | |
| | | Title - ALTA 5.1-06 PUD -L to Empower Title, LLC | $50.00 | |
| | | Title - ALTA 8.1.06 to Empower Title, LLC | $50.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $2,415.00 | | Deed Tax/stamps to Empower Title, LLC - Recording Acct | | |
| | | Recording Fee (Deed) to Empower Title, LLC - Recording Acct | $18.50 | |
| | | Recording Fee (Mortgage) to Empower Title, LLC - Recording Acct | $154.50 | |
| $10.00 | | Recording Fee (LLC Affidavit) to Empower Title, LLC - Recording Acct | | |
| | | Intangible Tax to Empower Title, LLC - Recording Acct | $677.50 | |
| | | Mortgage Tax/Stamps to Empower Title, LLC - Recording Acct | $1,185.80 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | County Property Taxes to Hernando County Tax Collector | | |
| $50.00 | | Builder Warranty to 2-10 Home Buyers Warranty | | |
| | | HOA Dues (Proration + 2 months) to Trilby Crossing HOA | $137.50 | |
| $299.00 | | HOA Estoppel/Ownership Conveyance Fees to RealManage | $250.00 | |
| | | Homeowner's Insurance Premium to LGI Insurance Solutions, LLC | $970.85 | |
| **Seller** | | | **Borrower/Buyer** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $13,948.37 | $345,019.00 | **Subtotals** | $362,115.37 | $348,040.37 |
| | | Due From Borrower | | **$14,075.00** |
| **$331,070.63** | | Due To Seller | | |
| $345,019.00 | $345,019.00 | **Totals** | $362,115.37 | $362,115.37 |

Copyright 2015 American Land Title Association.
All rights reserved.



File # [redacted]
Printed on: 09/16/24 1:21 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Empower Title, LLC to cause the funds to be disbursed in accordance with this statement.

LGI Homes - Florida, LLC, a Florida Limited Liability Company

Mara E. Connelly
Mara Connelly

9/16/2024
Date

By: ______________________

Name: ______________________

Title: Authorized Agent

Shannon Smith

9/16/24
Date

Copyright 2015 American Land Title Association.
All rights reserved.

# EXHIBIT 3

LOANDEPOT.COM, LLC
6561 IRVINE CENTER DRIVE · IRVINE, CA 92618

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| DATE ISSUED | 11/20/2023 |
| APPLICANTS | RICHARD WILSON |
| PROPERTY | |
| SALE PRICE | $289,900 |

| | |
|---|---|
| LOAN TERM | 30 years |
| PURPOSE | Purchase |
| PRODUCT | FIXED RATE |
| LOAN TYPE | ☐Conventional ☐FHA ☒VA ☐ ________ |
| LOAN ID# | [redacted] |
| RATE LOCK | ☒NO ☐YES, until<br>*Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on* **12-04-2023 11:59:59 PM PDT** |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $296,132 | NO |
| Interest Rate | 5.75% | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,728.15 | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | | Years 1-30 |
|---|---|---|
| Principal & Interest | | $1,728.15 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow<br>*Amount can increase over time* | + | 398 |
| **Estimated Total Monthly Payment** | | $2,126 |

| | | | |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments**<br>*Amount can increase over time* | $453<br>a month | **This estimate includes**<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☒ Other: HOMEOWNER ASSOCIATION DUES | **In escrow?**<br>YES<br>YES<br>NO |

*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.*

## Costs at Closing

| | | |
|---|---|---|
| Estimated Closing Costs | $40,091 | Includes $32,070 in Loan Costs + $8,021 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| Estimated Cash to Close | $2,314 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

# Closing Cost Details

## Loan Costs

| | |
|---|---|
| **A. Origination Charges** | **$21,594** |
| 7.292% of Loan Amount (Points) | $21,594 |

| | |
|---|---|
| **B. Services You Cannot Shop For** | **$6,952** |
| APPRAISAL FEE | $650 |
| CREDIT REPORT | $36 |
| FLOOD CERTIFICATE FEE | $8 |
| MERS REGISTRATION FEE | $25 |
| VA FUNDING FEE | $6,233 |

| | |
|---|---|
| **C. Services You Can Shop For** | **$3,524** |
| SURVEY FEE | $605 |
| TERMITE/PEST INSPECTION FEE | $130 |
| TITLE–ABSTRACT FEE | $100 |
| TITLE–ENDORSEMENT FEE | $283 |
| TITLE–LENDER TITLE INSURANCE | $1,556 |
| TITLE–NOTARY FEE | $250 |
| TITLE–SETTLEMENT/CLOSING FEE | $600 |

| | |
|---|---|
| **D. TOTAL LOAN COSTS (A + B + C)** | **$32,070** |

## Other Costs

| | |
|---|---|
| **E. Taxes and Other Government Fees** | **$3,959** |
| Recording Fees and Other Taxes | $301 |
| Transfer Taxes | $3,658 |

| | |
|---|---|
| **F. Prepaids** | **$1,521** |
| Homeowner's Insurance Premium (12 months) | $1,008 |
| Mortgage Insurance Premium ( months) | |
| Prepaid Interest ($46.65 per day for 11 days @ 5.75%) | $513 |
| Property Taxes ( months) | |

| | | |
|---|---|---|
| **G. Initial Escrow Payment at Closing** | | **$2,516** |
| Homeowner's Insurance | $84.00 per month for 15 mo. | $1,260 |
| Mortgage Insurance | per month for mo. | |
| Property Taxes | $314.00 per month for 4 mo. | $1,256 |

| | |
|---|---|
| **H. Other** | **$25** |
| TITLE–OWNER POLICY (OPTIONAL) | $25 |

| | |
|---|---|
| **I. TOTAL OTHER COSTS (E + F + G + H)** | **$8,021** |

| | |
|---|---|
| **J. TOTAL CLOSING COSTS** | **$40,091** |
| D + I | $40,091 |
| Lender Credits | |

## Calculating Cash to Close

| | |
|---|---|
| Total Closing Costs (J) | $40,091 |
| Closing Costs Financed (Paid from your Loan Amount) | -$6,232 |
| Down Payment/Funds from Borrower | $0 |
| Deposit | -$1,000 |
| Funds for Borrower | $0 |
| Seller Credits | -$30,545 |
| Adjustments and Other Credits | $0 |
| **Estimated Cash to Close** | $2,314 |

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| LENDER | LOANDEPOT.COM, LLC | MORTGAGE BROKER | LGI MORTGAGE SOLUTIONS, LLC |
| NMLS / ___ LICENSE ID | 174457 | NMLS / ___ LICENSE ID | 2152984 |
| LOAN OFFICER | | LOAN OFFICER | TIFFANEE MANGAY AYAM |
| NMLS / ___ LICENSE ID | | NMLS / ___ LICENSE ID | 2058999 |
| EMAIL | REQUESTINFO@LOANDEPOT.COM | EMAIL | TIFFANEE.MANGAYAYAM@LGIMORTGAGESOLUTIONS.COM |
| PHONE | (877) 431-0100 | PHONE | (877)388-5354 |

### Comparisons

Use these measures to compare this loan with other loans.

| | | |
|---|---|---|
| In 5 Years | $136,272<br>$21,434 | Total you will have paid in principal, interest, mortgage insurance, and loan costs.<br>Principal you will have paid off. |
| Annual Percentage Rate (APR) | 6.704% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| Total Interest Percentage (TIP) | 110.259% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

**Appraisal** — We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost.

**Assumption** — If you sell or transfer this property to another person, we
☒ will allow, under certain conditions, this person to assume this loan on the original terms.
☐ will not allow assumption of this loan on the original terms.

**Homeowner's Insurance** — This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable.

**Late Payment** — If your payment is more than *15* days late, we will charge a late fee of *4% of the overdue monthly payment, unless such amount exceeds the maximum amount allowed by applicable state law, in which case we may collect the maximum amount allowed by such law.*

**Refinance** — Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Servicing** — We intend
☐ to service your loan. If so, you will make your payments to us.
☒ to transfer servicing of your loan.

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

RICHARD WILSON 11/20/2023 10:22:11 AM MST

RICHARD WILSON — Date

# EXHIBIT 4

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

**Closing Information**

| | |
|---|---|
| Date Issued | 12/08/2023 |
| Closing Date | 12/11/2023 |
| Disbursement Date | 12/11/2023 |
| Settlement Agent | EMPOWER TITLE |
| File # | [redacted] |
| Property | [redacted] BROOKSVILLE, FL 34602 |
| Sale Price | $289,900 |

**Transaction Information**

| | |
|---|---|
| Borrower | RICHARD WILSON [redacted] |
| Seller | LGI HOMES - FLORIDA, LLC<br>1450 LAKE ROBBINS DRIVE, STE 430<br>THE WOODLANDS, TX 77380 |
| Lender | LOANDEPOT.COM, LLC |

**Loan Information**

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Purchase |
| Product | FIXED RATE |
| Loan Type | ☐Conventional ☐FHA<br>☒VA ☐__________ |
| Loan ID # | [redacted] |
| MIC # | [redacted] |

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $296,132 | **NO** |
| **Interest Rate** | 5.75% | **NO** |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,728.15 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

| Projected Payments | | |
|---|---|---|
| **Payment Calculation** | | **Years 1-30** |
| Principal & Interest | | $1,728.15 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow<br>*Amount can increase over time* | + | 398.69 |
| **Estimated Total Monthly Payment** | | $2,126.84 |

| | | | |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments**<br>*Amount can increase over time*<br>*See page 4 for details* | $453.69<br>a month | **This estimate includes**<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☒ Other: HOMEOWNER ASSOCIATION DUES<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | **In escrow?**<br>YES<br>YES<br>NO |

| Costs at Closing | | |
|---|---|---|
| **Closing Costs** | $15,037.55 | Includes $9,536.90 in Loan Costs + $5,506.41 in Other Costs - $5.76 in Lender Credits. *See page 2 for details.* |
| **Cash to Close** | $2,000.00 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

## Closing Cost Details

| [redacted] | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Seller-Paid At Closing | Seller-Paid Before Closing | Paid By Others |
|---|---|---|---|---|---|---|
| **A. Origination Charges** | | | | | | |
| % of Loan Amount (Points) | | | | | | |
| LENDER PAID BROKER COMP | to LGI MORTGAGE SOLUTIONS, LLC | | | | | (L) $8,291.70 |
| **B. Services Borrower Did Not Shop For** | | **$6,952.80** | | | | |
| APPRAISAL FEE | to HTA APPRAISERS | $650.00 | | | | |
| CREDIT REPORT | to FIRST AMERICAN CREDCO | $37.00 | | | | |
| FLOOD CERTIFICATE FEE | to SERVICELINK NATIONAL FLOOD LLC | $8.00 | | | | |
| MERS REGISTRATION FEE | to MERS | $24.95 | | | | |
| VA FUNDING FEE | to VET ADMIN | $6,232.85 | | | | |
| **C. Services Borrower Did Shop For** | | **$2,584.10** | | | | |
| TITLE–ABSTRACT FEE | to TITLE RESOURCES GUARANTY | | | $85.00 | | |
| TITLE–ENDORSEMENT FEE | to EMPOWER TITLE, LLC | $258.10 | | | | |
| TITLE–LENDER TITLE INSURANCE | to EMPOWER TITLE, LLC | $1,556.00 | | | | |
| TITLE–NOTARY FEE | to BANCSERV | $175.00 | | | | |
| TITLE–SETTLEMENT/CLOSING FEE | to EMPOWER TITLE, LLC | $595.00 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$9,536.90** | | | | |
| Loan Costs Subtotals (A + B + C) | | $9,536.90 | | | | |

| [redacted] | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Seller-Paid At Closing | Seller-Paid Before Closing | Paid By Others |
|---|---|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$1,827.46** | | | | |
| Recording Fees | Deed: $18.50 Mortgage: $180.00 | $198.50 | | | | |
| INTANGIBLE TAX | to HERNANDO COUNTY RECORDER OF DE | $592.26 | | | | |
| STATE TAX/STAMPS | to HERNANDO COUNTY RECORDER OF DE | $1,036.70 | | $2,029.30 | | |
| **F. Prepaids** | | **$2,085.65** | | | | |
| Homeowner's Insurance Premium (12 mo.) to LGI INSURANCE SOLUTIONS, LLC | | $1,106.00 | | | | |
| Mortgage Insurance Premium ( mo.) | | | | | | |
| Prepaid Interest ($46.65 per day from 12/11/23 to 1/1/24) | | $979.65 | | | | |
| Property Taxes ( mo.) | | | | | | |
| **G. Initial Escrow Payment at Closing** | | **$1,196.04** | | | | |
| Homeowner's Insurance | $92.17 per month for 3 mo. | $276.51 | | | | |
| Mortgage Insurance | per month for mo. | | | | | |
| Property Taxes | $306.52 per month for 5 mo. | $1,532.60 | | | | |
| Aggregate Adjustment | | $-613.07 | | | | |
| **H. Other** | | **$397.26** | | | | |
| ESTOPPEL FEE | to REALMANAGE | $250.00 | | $299.00 | | |
| HOME WARRANTY FEE (OPTIONAL) | to 2-10 HOME BUYERS WARRA | | | $50.00 | | |
| HOMEOWNERS ASSOCIATION DUES | to TRILBY CROSSING HOA | $147.26 | | | | |
| TITLE–OWNER POLICY (OPTIONAL) | to EMPOWER TITLE, LLC | | | $25.00 | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$5,506.41** | | | | |
| Other Costs Subtotals (E + F + G + H) | | $5,506.41 | | | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$15,037.55** | | | | |
| Closing Costs Subtotals (D + I) | | $15,043.31 | | $2,488.30 | | $8,291.70 |
| Lender Credits (Includes $5.76 credit for increase in Closing Costs above legal limit) | | -$5.76 | | | | |

## Calculating Cash to Close

**Use this table to see what has changed from your Loan Estimate.**

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $18,497.00 | $15,037.55 | **YES** • See **Total Loan Costs (D)** and **Total Other Costs (I)**<br>• Increase **exceeds legal limits** by $5.76. See **Lender Credits** on page 2 for credit of excess amount. |
| Closing Costs Paid Before Closing | $0 | $0 | **NO** |
| Closing Costs Financed (Paid from your Loan Amount) | -$6,232.00 | -$6,220.50 | **YES** • You included closing costs in the loan amount, which **increased** the loan amount |
| Down Payment/Funds from Borrower | $0 | $0 | **NO** |
| Deposit | -$1,000.00 | -$1,000.00 | **NO** |
| Funds for Borrower | $0 | $0 | **NO** |
| Seller Credits | -$9,034.00 | -$4,317.55 | **YES** • See **Seller-Paid** column on Page 2 and Seller Credits in **Section L** |
| Adjustments and Other Credits | $0 | -$1,499.50 | **YES** • See details in **Sections K** and **L** |
| **Cash to Close** | $2,231.00 | $2,000.00 | |

[redacted]

**Use this table to see a summary of your transaction.**

### BORROWER'S TRANSACTION

| **K. Due from Borrower at Closing** | | | **$304,949.05** |
|---|---|---|---|
| 01 Sale Price of Property | | | $289,900.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | | |
| 03 Closing Costs Paid at Closing (J) | | | $15,037.55 |
| 04 | | | |
| **Adjustments** | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | |
| 08 City/Town Taxes | | to | |
| 09 County Taxes | 12/11/23 | to 12/31/23 | $11.50 |
| 10 Assessments | | to | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

| **L. Paid Already by or on Behalf of Borrower at Closing** | | | **$302,949.05** |
|---|---|---|---|
| 01 Deposit | | | $1,000.00 |
| 02 Loan Amount | | | $296,132.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | | |
| 04 | | | |
| 05 Seller Credit | | | $4,317.55 |
| **Other Credits** | | | |
| 06 | | | |
| 07 | | | |
| **Adjustments** | | | |
| 08 OWNER'S POLICY PAID BY SELLER | | | $1,499.50 |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| **Adjustments for Items Unpaid by Seller** | | | |
| 12 City/Town Taxes | | to | |
| 13 County Taxes | | to | |
| 14 Assessments | | to | |
| 15 | | | |
| 16 | | | |
| 17 | | | |

| **CALCULATION** | |
|---|---|
| Total Due from Borrower at Closing (K) | $304,949.05 |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | -$302,949.05 |
| **Cash to Close** ☒ **From** ☐ **To Borrower** | **$2,000.00** |

### SELLER'S TRANSACTION

| **M. Due to Seller at Closing** | | | |
|---|---|---|---|
| 01 Sale Price of Property | | | |
| 02 Sale Price of Any Personal Property Included in Sale | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | |
| 09 City/Town Taxes | | to | |
| 10 County Taxes | | to | |
| 11 Assessments | | to | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

| **N. Due from Seller at Closing** | | | |
|---|---|---|---|
| 01 Excess Deposit | | | |
| 02 Closing Costs Paid at Closing (J) | | | |
| 03 Existing Loan(s) Assumed or Taken Subject to | | | |
| 04 Payoff of First Mortgage Loan | | | |
| 05 Payoff of Second Mortgage Loan | | | |
| 06 | | | |
| 07 | | | |
| 08 Seller Credit | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **Adjustments for Items Unpaid by Seller** | | | |
| 14 City/Town Taxes | | to | |
| 15 County Taxes | | to | |
| 16 Assessments | | to | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

| **CALCULATION** | |
|---|---|
| Total Due to Seller at Closing (M) | |
| Total Due from Seller at Closing (N) | |
| **Cash** ☐ **From** ☐ **To Seller** | |

## Additional Information About This Loan

[redacted]

**Assumption**
If you sell or transfer this property to another person, your lender
☒ will allow, under certain conditions, this person to assume this loan on the original terms.
☐ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

**Late Payment**
If your payment is more than *15* days late, your lender will charge a late fee of *4% of the overdue monthly payment, unless such amount exceeds the maximum amount allowed by applicable state law, in which case we may collect the maximum amount allowed by such law.*

**Negative Amortization** (Increase in Loan Amount)
Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
☒ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in
[redacted]

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

**Escrow Account**
***For now,*** your loan
☒ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $4,784.28 | Estimated total amount over year 1 for your escrowed property costs: Hazard Insurance County Property Taxes |
| Non-Escrowed Property Costs over Year 1 | $660.00 | Estimated total amount over year 1 for your non-escrowed property costs: Homeowner Association Dues<br><br>You may have other property costs. |
| Initial Escrow Payment | $1,196.04 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $398.69 | The amount included in your total monthly payment. |

☐ will not have an escrow account because ☐ you declined it ☐ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

***In the future,***
Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

[redacted]

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $632,646.63 |
| **Finance Charge.** The dollar amount the loan will cost you. | $333,838.53 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $288,291.55 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 5.966% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 110.416% |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

[redacted]

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,

☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.

☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

[redacted]

| | Lender | Mortgage Broker | Settlement Agent |
|---|---|---|---|
| **Name** | LOANDEPOT.COM, LLC | LGI MORTGAGE SOLUTIONS, LLC | EMPOWER TITLE |
| **Address** | 6561 IRVINE CENTER DRIVE IRVINE, CA 92618 | 29284 FEDORA CIRCLE BROOKSVILLE, FL 34602 | 17425 BRIDGE HILL COURT, STE 204 TAMPA, FL 33756 |
| **NMLS ID** | 174457 | 2152984 | |
| **FL License ID** | | | FLW636302 |
| **Contact** | MATTHEW WALLIN | TIFFANEE MANGAY AYAM | LINDSAY PARK |
| **Contact NMLS ID** | | 2058999 | |
| **Contact FL License ID** | | | E171353 |
| **Email** | MATTHEWWALLIN@LOANDEPOT.COM | TIFFANEE.MANGAYAYAM@LGIMORTGAGESOLUTIONS.COM | FLLGI@EMPOWERTITLECO.COM |
| **Phone** | (480) 646-5989 | (877)388-5354 | (813)678-2401 |

[redacted]

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

RICHARD WILSON    12/11/2023 Date

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**File No./Escrow No.:** [redacted]
**Print Date & Time:** 12/08/23 3:32 PM
**Officer/Escrow Officer:** Shannon Smith
**Settlement Location:**

,

Empower Title, LLC
**ALTA Universal ID:**
17425 Bridge Hill Court
Suite 204
Tampa, FL 33647

**Property Address:** [redacted], County of Hernando, Florida

**Borrower:** Richard Wilson
[redacted]

**Seller:** LGI Homes - Florida, LLC
1450 Lake Robbins Drive, Ste 430
The Woodlands, TX 77380

**Lender:** LoanDepot.com, LLC, 6561 Irvine Center Drive, Irvine, CA, 92618
**Loan Number:** [redacted]
**Settlement Date:** 12/11/2023
**Disbursement Date:** 12/11/2023
**Additional dates per state requirements:**

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $289,900.00 | Sale Price of Property | $289,900.00 | |
| | | Deposit | | $1,000.00 |
| | | Loan Amount | | $296,132.00 |
| $1,000.00 | | Excess Deposit | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $11.50 | County Taxes from 12/11/2023 thru 12/31/2023 | $11.50 | |
| $4,317.55 | | Seller Credit | | $4,317.55 |
| | | | | |
| | | **Loan Charges to LoanDepot.com, LLC** | | |
| | | Lender Paid Broker Comp $8291.70 Paid by LoanDepot.com, LLC | | |
| | | Prepaid Interest $46.65 per day from 12/11/2023 to 01/01/2024) | $979.65 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee to HTA Appraisers | $650.00 | |
| | | Credit Report to First American Credco | $37.00 | |
| | | FHA Up Front MIP to HUD | | |
| | | Flood Certificate Fee to ServiceLink National Flood | $8.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | MERS Registration Fee to MERS | $24.95 | |
| | | Reinspection Fee to Appraise It Florida, Inc. | | |
| | | VA Funding Fee to CoreLogic Credco | $6,232.85 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $92.17 per month for 3 mo. | $276.51 | |
| | | Property Taxes $306.52 per month for 5 mo. | $1,532.60 | |
| | | Aggregate Adjustment | -$613.07 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Escrow/Settlement Fee to Empower Title, LLC | $595.00 | |
| | | Title - FL Form 9 to Empower Title, LLC | $158.10 | |
| | | Title - Lender's Title Insurance($1,556.00) to Empower Title, LLC | $56.50 | |
| | | Title - Notary Fee to Bancserv | $175.00 | |
| $85.00 | | Title - Search Fee to Title Resources Guaranty Company(Orders Only) | | |
| $1,524.50 | | Title - Owner's Title Insurance($25.00) to Empower Title, LLC | | |
| | | Title - ALTA 5.1-06 PUD -L to Empower Title, LLC | $50.00 | |
| | | Title - ALTA 8.1.06 to Empower Title, LLC | $50.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $2,029.30 | | Deed Tax/stamps to Empower Title, LLC - Recording Acct (FL) | | |
| | | Recording Fee (Deed) to Empower Title, LLC - Recording Acct (FL) | $18.50 | |
| | | Recording Fee (Mortgage) to Empower Title, LLC - Recording Acct (FL) | $180.00 | |
| $10.00 | | Recording Fee (LLC Affidavit) to Empower Title, LLC - Recording Acct (FL) | | |
| $27.00 | | Recording Fee (NOT/CFA) to Empower Title, LLC - Recording Acct (FL) | | |
| | | Intangible Tax to Empower Title, LLC - Recording Acct (FL) | $592.26 | |
| | | Mortgage Tax/Stamps to Empower Title, LLC - Recording Acct (FL) | $1,036.70 | |
| | | | | |
| | | **Miscellaneous** | | |
| $50.00 | | Home Warranty to 2-10 Home Buyers Warranty | | |
| | | HOA Dues (Proration + 2 months) to Trilby Crossing HOA | $147.26 | |
| $299.00 | | HOA Estoppel/Ownership Conveyance Fees to RealManage | $250.00 | |
| | | Lender Credits | | $5.76 |
| | | Homeowner's Insurance Premium to LGI Insurance Solutions, LLC | $1,106.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.



File # [redacted]
Printed on: 12/08/23 3:32 PM

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $9,342.35 | $289,911.50 | **Subtotals** | $303,455.31 | $301,455.31 |
| | | Due From Borrower | | **$2,000.00** |
| **$280,569.15** | | Due To Seller | | |
| $289,911.50 | $289,911.50 | **Totals** | $303,455.31 | $303,455.31 |

Copyright 2015 American Land Title Association.
All rights reserved.

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Empower Title, LLC to cause the funds to be disbursed in accordance with this statement.

LGI Homes - Florida, LLC, a Florida Limited Liability Company

By: ______

Name: NICOLE BROOKS

Title: Authorized Agent

Richard Wilson ______ Date ______

Shannon Smith ______ Date 12/8/23

Copyright 2015 American Land Title Association.
All rights reserved.



File [redacted]
Printed on: 12/08/23 3:32 PM

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**File No./Escrow No.:** [redacted]
**Print Date & Time:** 12/08/23 3:32 PM
**Officer/Escrow Officer:** Shannon Smith
**Settlement Location:**

Empower Title, LLC
**ALTA Universal ID:**
17425 Bridge Hill Court
Suite 204
Tampa, FL 33647

**Property Address:** [redacted] County of Hernando, Florida

**Borrower:** Richard Wilson
[redacted]

**Seller:** LGI Homes - Florida, LLC
1450 Lake Robbins Drive, Ste 430
The Woodlands, TX 77380

**Lender:** LoanDepot.com, LLC, 6561 Irvine Center Drive, Irvine, CA, 92618
**Loan Number:** [redacted]
**Settlement Date:** 12/11/2023
**Disbursement Date:** 12/11/2023
**Additional dates per state requirements:**

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $289,900.00 | Sale Price of Property | $289,900.00 | |
| | | Deposit | | $1,000.00 |
| | | Loan Amount | | $296,132.00 |
| $1,000.00 | | Excess Deposit | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $11.50 | County Taxes from 12/11/2023 thru 12/31/2023 | $11.50 | |
| $4,317.55 | | Seller Credit | | $4,317.55 |
| | | | | |
| | | **Loan Charges to LoanDepot.com, LLC** | | |
| | | Lender Paid Broker Comp $8291.70 Paid by LoanDepot.com, LLC | | |
| | | Prepaid Interest $46.65 per day from 12/11/2023 to 01/01/2024) | $979.65 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee to HTA Appraisers | $650.00 | |
| | | Credit Report to First American Credco | $37.00 | |
| | | FHA Up Front MIP to HUD | | |
| | | Flood Certificate Fee to ServiceLink National Flood | $8.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | MERS Registration Fee to MERS | $24.95 | |
| | | Reinspection Fee to Appraise It Florida, Inc. | | |
| | | VA Funding Fee to CoreLogic Credco | $6,232.85 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $92.17 per month for 3 mo. | $276.51 | |
| | | Property Taxes $306.52 per month for 5 mo. | $1,532.60 | |
| | | Aggregate Adjustment | -$613.07 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Escrow/Settlement Fee to Empower Title, LLC | $595.00 | |
| | | Title - FL Form 9 to Empower Title, LLC | $158.10 | |
| | | Title - Lender's Title Insurance($1,556.00) to Empower Title, LLC | $56.50 | |
| | | Title - Notary Fee to Bancserv | $175.00 | |
| $85.00 | | Title - Search Fee to Title Resources Guaranty Company(Orders Only) | | |
| $1,524.50 | | Title - Owner's Title Insurance($25.00) to Empower Title, LLC | | |
| | | Title - ALTA 5.1-06 PUD -L to Empower Title, LLC | $50.00 | |
| | | Title - ALTA 8.1.06 to Empower Title, LLC | $50.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $2,029.30 | | Deed Tax/stamps to Empower Title, LLC - Recording Acct (FL) | | |
| | | Recording Fee (Deed) to Empower Title, LLC - Recording Acct (FL) | $18.50 | |
| | | Recording Fee (Mortgage) to Empower Title, LLC - Recording Acct (FL) | $180.00 | |
| $10.00 | | Recording Fee (LLC Affidavit) to Empower Title, LLC - Recording Acct (FL) | | |
| $27.00 | | Recording Fee (NOT/CFA) to Empower Title, LLC - Recording Acct (FL) | | |
| | | Intangible Tax to Empower Title, LLC - Recording Acct (FL) | $592.26 | |
| | | Mortgage Tax/Stamps to Empower Title, LLC - Recording Acct (FL) | $1,036.70 | |
| | | | | |
| | | **Miscellaneous** | | |
| $50.00 | | Home Warranty to 2-10 Home Buyers Warranty | | |
| | | HOA Dues (Proration + 2 months) to Trilby Crossing HOA | $147.26 | |
| $299.00 | | HOA Estoppel/Ownership Conveyance Fees to RealManage | $250.00 | |
| | | Lender Credits | | $5.76 |
| | | Homeowner's Insurance Premium to LGI Insurance Solutions, LLC | $1,106.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $9,342.35 | $289,911.50 | **Subtotals** | $303,455.31 | $301,455.31 |
| | | Due From Borrower | | **$2,000.00** |
| **$280,569.15** | | Due To Seller | | |
| $289,911.50 | $289,911.50 | **Totals** | $303,455.31 | $303,455.31 |

Copyright 2015 American Land Title Association.
All rights reserved.

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Empower Title, LLC to cause the funds to be disbursed in accordance with this statement.

Richard Wilson

12/11/2023
Date

LGI Homes - Florida, LLC, a Florida Limited Liability Company

By: ____________________

Name: ____________________

Title: Authorized Agent

Shannon Smith

12/8/23
Date

Copyright 2015 American Land Title Association.
All rights reserved.



File [redacted]
Printed on: 12/08/23 3:32 PM